40 So.2d 718

### Ex parte V. D. ANDERSON.
4 Div. 32.

Court of Appeals of Alabama.
Nov. 25, 1947.

E. O. Baldwin, of Andalusia, for appellant.

J. A. Carnley, of Elba, and Murphy & Cook, of Andalusia, for appellee.

BRICKEN, Presiding Judge.

Reversed and rendered on our authority of Ex parte Stephenson, 252 Ala. 316, 40 So.2d 713.